AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| JOANN CHASE, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:18-cv-01050-DAE |
| ANDEAVOR LOGISTICS, L.P., ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, JoAnn Chase, et al.                                                                                                  .

Date:     12/17/2018                                                       /s/ Keith M. Harper
                                                                                       *Attorney's signature*

                                                                                       Keith M. Harper (Bar No. 451956)
                                                                                       *Printed name and bar number*

                                                                                       Kilpatrick Townsend & Stockton LLP
                                                                                       607 14th Street, NW, Suite 900
                                                                                       Washington, DC  20005
                                                                                       *Address*

                                                                                       kharper@kilpatricktownsend.com
                                                                                       *E-mail address*

                                                                                       (202) 508-5844
                                                                                       *Telephone number*

                                                                                       (202) 315-3241
                                                                                       *FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of December, 2018, I electronically filed the forgoing APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF users.

                                            /s/ Keith M. Harper  
                                            Keith M. Harper